■ GEORGE OPREAN et al., Respondents, v GERALD DIBBLE, Individually and as a Shareholder of Dibble & Wright, P. C., et al., Appellants.—Order unanimously affirmed with costs for reasons stated at Special Term, Galloway, J. (Appeal from order of Supreme Court, Monroe County, Galloway, J.—renewal.) Present—Callahan, J. P., Doerr, Boomer, Balio and Lawton, JJ.